**DISMISS and Opinion Filed February 22, 2024**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00976-CV**

**BOLDER ONE, LLC D/B/A BOLDER ADVENTURE PARK, Appellant**
**V.**
**SYS SAVANH, PHYLLIS SONG, INDIVIDUALLY AND AS NEXT FRIEND**
**OF T.S., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-00299**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Miskel
Opinion by Justice Reichek

Before the Court is appellant's February 13, 2024 unopposed motion to dismiss this interlocutory appeal. We grant appellant's motion and dismiss this appeal. *See* TEX. R. APP. P. (a)(1).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

230976F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

BOLDER ONE, LLC D/B/A
BOLDER ADVENTURE PARK,
Appellant

No. 05-23-00976-CV          V.

SYS SAVANH, PHYLLIS SONG,
INDIVIDUALLY AND AS NEXT
FRIEND OF T.S., Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-23-00299.
Opinion delivered by Justice
Reichek. Justices Carlyle and Miskel
participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered February 22, 2024